FILED
SEP 18 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 13-CR-30144-DRH |
| vs. ) | |
| ) | |
| CORVIN N. HOWARD, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that the following facts are true and if this case were to proceed to trial; the United States would have proven the following facts beyond a reasonable doubt:

On June 8, 2013, Police Officer Dean Anderson (Anderson) lawfully pulled over Corvin N. Howard (Howard), the sole occupant, for a traffic violation. During the traffic stop, Anderson directed Howard to remove an object hanging from the undercarriage of Howard's vehicle. Anderson believed the item to be a possible hazard to the road. While Howard was doing this, Anderson noticed a black gun, in plain view. It was facing barrel down and wedged between the center console and driver's seat. Howard under arrest and directed his partner, Travis Rule (Rule), to where the firearm was. Rule secured the firearm, later determined as a fully loaded COLT's PT. F.A. MFG. CO., Government Model Delta Elite, 10mm caliber pistol, bearing serial number, DE 10365. Further search of the car revealed two clear bags of suspect heroin. The Illinois State Police crime lab conclusively confirmed that it was in fact heroin. Howard intended to distribute the heroin. Howard has a felony conviction for, Distribution, Delivery,

1

Manufacture or Production of a Controlled Substance, on or about April 6, 2006 in Case Number 22051-00840B-01, in the Twenty-Second Judicial Circuit, City of St. Louis, Missouri, which is punishable by a term of imprisonment for greater than one year. The COLT's PT. F.A. MFG. CO., Government Model Delta Elite, 10mm caliber pistol, bearing serial number, DE 10365 was manufactured in the State of Connecticut.

Howard knowingly possessed the firearm, which had been manufactured outside the state of Illinois and therefore travelled in and affected interstate commerce before Howard's possession of it on the date charged in the Indictment. The firearm was in working order and was capable of firing a projectile by action of an explosive. The entire incident occurred in the Southern District of Illinois.

STEPHEN R. WIGGINTON
United States Attorney

_____
CORVIN N. HOWARD
Defendant

_____
NEAL C. HONG
Special Assistant United States Attorney

_____
TODD SCHULTZ
Attorney for Defendant

Date: 09-11-13

Date: 7/18/13